David J. Frankenberger, State Bar #186140
Maribel Hernandez, State Bar #258689
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
Phone (559) 449-2600
Fax (559) 449-2603

Gregory P. Arakawa, State Bar #159023
garakawa@wshblaw.com
Robin L. Krutzsch, State Bar # 250059
rkrutzsch@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax 925 356 8250

Attorneys for Defendant HEALTHCOMP, a California Corporation erroneously named as HEALTHCOMP, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DEBORA ROSE,<br><br>   Plaintiff,<br><br>v.<br><br>HEALTHCOMP, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>[28 U.S.C. § 1441 (b)] |

TO PLAINTIFF DEBORA ROSE, and her ATTORNEYS OF RECORD:

Defendant HEALTHCOMP ("Defendant") hereby gives notice of the removal ("Notice") of the above-entitled action from the Superior Court of California, in and for the County of Fresno, Case No. 15 CE CG 00163 MWS, to the United States District Court, Eastern District of California-Fresno Division. This removal is based upon the following grounds:

1

Notice to Plaintiff of Removal of Action to Federal Court   Case No.

1. On January 16, 2015, Plaintiff commenced an action against Defendant in the Superior Court of California, County of Fresno, entitled County of Fresno Superior Court Case No. 15 CE CG 00163 MWS. (Declaration of Maribel Hernandez ("*Hernandez' Decl.*"), ¶ 3).

2. On March 23, 2015, Defendant was served with a copy of Plaintiff's complaint. (*Hernandez' Decl.*, ¶ 4). A true and correct copy of Plaintiff's complaint is attached as Exhibit "A" to Hernandez' Declaration.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a) as it arises under §502 of Employee Retirement Insurance Security Act ("ERISA"), which provides for complete preemptions and federal removal jurisdiction of this matter. (*Hernandez' Decl.*, ¶¶ 5 - 6).

4. 28 U.S.C. § 1446(b) provides that the "petition for removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action is based, or within thirty (30) days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." Based on the foregoing section, the County's notice of removal is timely. (*Hernandez Decl.*, ¶ 7).

5. Counsel for Defendant is aware that no other defendants has been named or served with the state court complaint. (*Hernandez' Decl.*, ¶ 8).

6. A copy of this Notice is being served on Plaintiff's counsel. (*Hernandez' Decl.*, ¶ 9).

///

7. Further, a copy of this Notice will be filed with the clerk of the Superior Court of California, County of Fresno. (*Hernandez' Decl.*, ¶ 9).

DATED: April 21, 2015

ERICKSEN ARBUTHNOT

By /s/ David J. Frankenberger
David J. Frankenberger
Maribel Hernandez
2440 W. Shaw Ave., #101
Fresno, CA 93711
dfrankenberger@ericksenarbuthnot.com
P: 559-449-2600 – F: 559-449-2600
Attorneys for Defendant
HEALTHCOMP, INC., a California corporation

3

Notice to Plaintiff of Removal of Action to Federal Court          Case No.

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF FRESNO      )

    I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is: 2440 West Shaw, Suite 101, Fresno, CA 93711-3300. I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day.

    On April 21, 2015, I served the within **NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT** by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Fresno, California, addressed as follows:

*Attorneys for Plaintiff*
Shelley G. Bryant, Esq.
Amanda B. Whitten, Esq.
Bryant Whitten, LLP
8050 N. Palm, Suite 210
Fresno, CA. 93711
Fax: 559-429-0369

    I declare under penalty of perjury under the laws of the State of California the above is true and correct.

    Executed on April 21, 2015 at Fresno, California.

_____
LORI YOUNG

4

Notice to Plaintiff of Removal of Action to Federal Court      Case No.