1 **SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
2 **BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
3 Fresno, California 93711
(559) 494-4910 Telephone
4 (559) 421-0369 Facsimile

5

6 Attorney for Plaintiff, DEBORA ROSE

7

8 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
9

10 DEBORA ROSE, | **Cased No. 1:15-CV-00619-SAB**

11 Plaintiff, | **STIPULATION AND ORDER MOVING THE MANDATORY SCHEDULING CONFERENCE**

12 vs.

13 HEALTHCOMP, INC., a California corporation and Does 1 through 20, inclusive,

14

15 Defendants.

1     IT IS HEREBY STIPULATED, by and between the parties that the Mandatory Scheduling Conference, scheduled for August 11, 2015, be moved to September 15, 2015, to accommodate the pending outcome of Plaintiff's Motion for Remand.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 14, 2015 | BRYANT WHITTEN, LLP |
| | /s/ _____ |
| | AMANDA B. WHITTEN, Attorneys for Plaintiff, DEBORA ROSE |
| Dated: July 15, 2015 | JACOBSEN, HANSEN & McQUILLAN |
| | /s/ _____ |
| | STEVE McQUILLAN, Attorneys for Defendants, HEALTHCOMP, INC. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

    Good cause appearing, the Court hereby ORDERS that The Mandatory Scheduling Conference has been rescheduled to September 15, 2015 at 3:30 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **July 15, 2015**                      _____
                                                            UNITED STATES MAGISTRATE JUDGE