## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**DEBORA ROSE,**

                                                     CASE NO: **1:15–CV–00619–SAB**

              v.

**HEALTHCOMP, INC.,**

 

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/10/15**

                                                **Marianne Matherly**
                                                Clerk of Court

    ENTERED: **August 10, 2015**

                                    by: /s/ R. Gonzalez
                                              Deputy Clerk